# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

BRADLEY HARBIN                                                                                              PLAINTIFF

v.                                          NO. 2:15CV00090 JLH

UNITED STATES OF AMERICA                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED this 13th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE